IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 7:17-cv-03353-DCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| $93,500 IN UNITED STATES CURRENCY, | ) | |
| Asset ID: 17-DEA-633877, | ) | |
| | ) | |
| Defendant *in Rem* | ) | |

CONSENT ORDER OF FORFEITURE

This *in rem* forfeiture action was filed on December 13, 2017, concerning $93,500 in United States currency (the "Defendant Currency") seized on or about August 9, 2017, by the United States Drug Enforcement Agency ("DEA").

The Government served the known potential claimant, Kendrick Lamont Harris ("Claimant"), by providing him with actual notice, as set forth in the Notice of Judicial Forfeiture filed with the court on December 13, 2017 (Docket Entry 5). As set forth in the Declaration of Publication filed with the court on January 16, 2018 (Docket Entry 8), and in accordance with Supplemental Rule G(4), Fed.R.Civ.P., notice of this forfeiture action was published on an official internet government forfeiture site, "www.forfeiture.gov", for at least 30 consecutive days, beginning on December 14, 2017, and ending on January 12, 2018. Any person claiming an interest in the Defendant Currency was required to file a claim within sixty days after the first date of such

publication (by February 12, 2-18).   All time limits for the filing of claims have now expired, with no requests for extensions of such time limits having been requested or granted.

The United States and Kendrick Lamont Harris have reached the following agreement.   The Defendant Currency, to wit, $93,500 in United States Currency, is to be found and held forfeited, condemned, quit-claimed and abandoned to the United States, and shall be disposed of by the United States pursuant to law as a forfeited asset.

The parties agree that each side shall bear its own costs.

NOW THEREFORE, the Court being fully advised, and based on the Stipulation for Compromise Settlement, which is incorporated herein by reference, it is

ORDERED, ADJUDGED, AND DECREED, that:

1.    All persons and entities other than Kendrick Lamont Harris claiming any right, title or interest in or to the Defendant Currency are hereby held in default; and default judgment is entered against them.

2.    Pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C) and 21 U.S.C. § 881(a)(6), the Defendant Currency, to wit, $93,500, is hereby forfeited, condemned, quit-claimed and abandoned to the United States of America.

4.    Clear title in and to the aforesaid $93,500 of the Defendant Currency is hereby vested in the United States of America, and no other right, title or interest exists therein.   All other claims in or to said $93,500 of the Defendant Currency are hereby forever foreclosed and barred.

5.    The $93,500 of the Defendant Currency forfeited herein shall be disposed of by the Government in accordance with law.

SO ORDERED this 22nd day of January, 2019.

                s/Donald C. Coggins, Jr.
                United States District Judge

Spartanburg, South Carolina